FORM 8.  Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Wright Manufacturing, Inc.    v.    The Toro Company

No. 14-1534

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se          [✓] As counsel for:    Wright Manufacturing, Inc.
                                           Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Joseph A. Rhoa |
| Law firm: | Nixon & Vanderhye P.C. |
| Address: | 901 North Glebe Road, 11th Floor |
| City, State and ZIP: | Arlington, VA  22203 |
| Telephone: | (703) 816-4000 |
| Fax #: | (703) 816-4100 |
| E-mail address: | jar@nixonvan.com |

Statement to be completed by counsel only (select one):

[✓]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/23/2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 6/24/2014 | /s/ Joseph A. Rhoa |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | Jun 24, 2014 |
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

| Joseph A. Rhoa | | /s/ Joseph A. Rhoa |

Name of Counsel                          Signature of Counsel

Law Firm | Nixon & Vanderhye P.C. |

Address | 901 North Glebe Road, 11th Floor |

City, State, ZIP | Arlington, VA 22203 |

Telephone Number | (703) 816-4000 |

FAX Number | (703) 816-4100 |

E-mail Address | jar@nixonvan.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.