**Form 9**

**FORM 9. Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Wright Manufacturing, Inc. v. The Toro Company

No. 14-1534

## CERTIFICATE OF INTEREST

Counsel for the (appellant) Wright Manufacturing, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   Wright Manufacturing, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   The party named in the caption is the real party in interest

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   There is no parent corporation, and no publicly held company owns 10 percent or more of the stock of the party represented by me.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Nixon & Vanderhye P.C. - Joseph A. Rhoa

| 6/24/2014 | /s/ Joseph A. Rhoa |
|---|---|
| Date | Signature of counsel |
|  | Joseph A. Rhoa |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    Jun 24, 2014
by:

    ☒ US mail
    ☐ Fax
    ☐ Hand
    ☐ Electronic Means
        (by email or CM/ECF)

| Joseph A. Rhoa | /s/ Joseph A. Rhoa |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.

Address: 901 North Glebe Road, 11th Floor

City, State, ZIP: Arlington, VA 22203

Telephone Number: (703) 816-4000

FAX Number: (703) 816-4100

E-mail Address: jar@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.