NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WRIGHT MANUFACTURING, INC.,**
*Appellant,*

v.

**THE TORO COMPANY,**
*Appellee.*

---

2014-1534, -1558

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,741 and 95/001,742.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the Toro Company's unopposed motion to consolidate these appeals,

IT IS ORDERED THAT:

The motion is granted. Wright Manufacturing, Inc.'s opening brief is due no later than September 29, 2014.

2    WRIGHT MANUFACTURING, INC. v. THE TORO COMPANY

         FOR THE COURT

         <u>/s/ Daniel E. O'Toole</u>
         Daniel E. O'Toole
         Clerk of Court

s26